# EXHIBIT
# 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Robert Harvey, | § | |
|     *Plaintiff,* | § | |
| v. | § | Civil Action No. 3:25-cv-00058 |
| | § | |
| William Roy, in his individual | § | |
| capacity; City of Galveston, aka | § | |
| Galveston Fire Department | § | |
|     *Defendants.* | § | |

NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF
KELLY COUCH AND SUBPOENA DUCES TECUM

Please take notice that the Defendant intends to take the oral deposition of Kelly Couch on Tuesday, April 7, 2026, beginning at 11:30 a.m. (CST) via Zoom videoconferencing link:

https://us02web.zoom.us/j/87423707355?pwd=sraLt3R1nfpQxmCOJawntetlgaZQmU.1

**Meeting ID: 874 2370 7355**
**Passcode: 002740**

Defendant and his representative(s) may attend the deposition. This deposition will be recorded stenographically by a certified court reporter with Summit Court Reporting, or before some other officer authorized by law to administer oaths. You are invited to attend and cross-examine the deponent.

In accordance with FED. R. CIV. P. 45, Defendant requests the deponent produce to Defendant's counsel one week before said time and place the following items intended for use during the deposition:

1.     All documents tangible things, reports, model, or data compilations that have been    provided to, reviewed by, or prepared by or for the deponent in

173305040.1

1

**Exhibit**
**Couch - 04/07/2026**

**01**

exhibitsticker.com

anticipation of his testimony or in connection with any work in the above captioned case that are not identified in deponent's expert report.

2.    Copies of any treatises, articles, or third-party materials the deponent utilized or relied upon in connection with or rendering opinions in this lawsuit.

3.    Each document or tangible thing evidencing a standard that applies to any conclusion or opinion deponent has reached regarding William Roy and City of Galveston, aka Galveston Fire Department's interactions with Plaintiff Robert Harvey.

4.    Each document or tangible thing which evidences the basis and reasons underlying any conclusion or opinion the deponent has reached regarding William Roy and City of Galveston, aka Galveston Fire Department's interactions with Plaintiff Robert Harvey.

5.    Each document or tangible thing which evidences any applicable principle or method upon which the deponent has relied in forming any conclusion or opinion he reached regarding William Roy and City of Galveston, aka Galveston Fire Department's interactions with Plaintiff Robert Harvey.

6.    Each document or tangible thing which evidences the reliability of any conclusion or opinion the deponent reached regarding William Roy and City of Galveston, aka Galveston Fire Department's interactions with Plaintiff Robert Harvey.

7.    Each document or tangible thing which evidences the reliability of any conclusion or opinion the deponent reached regarding the William Roy and City of Galveston, aka Galveston Fire Department's conduct regarding Plaintiff Robert Harvey.

8.    A copy of all publications the deponent has authored in the previous 10 years upon which he relies in providing an opinion regarding William Roy and City of Galveston, aka Galveston Fire Department's interactions with Plaintiff Robert Harvey.

Respectfully submitted,

*Norman Ray Giles*

William S. Helfand
Attorney-in-Charge
State Bar of Texas No. 09388250
S.D. Texas No. 8791

173305040.1

2

Bill.Helfand@lewisbrisbois.com
Norman Ray Giles
State Bar of Texas No. 24014084
S.D. Texas No. 26966
Norman.Giles@lewisbrisbois.com
Lamisa I. Chowdhury
State Bar of Texas No. 24110033
S.D. Texas. No. 3580571
Lamisa.Chowdhury@lewisbrisbois.com

OF COUNSEL:

LEWIS BRISBOIS BISGAARD SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
*Attorneys for Defendants*
City of Galveston, Texas
Chief William Roy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has

been served via email, on March 12, 2026, to the following counsel of record.

Benjamin S. Campagna
TX Attorney Group, PLLC
405 Main Street, Suite 1000
Houston, TX 77002
ben@txattorneygroup.com
e-Service Email: e-service@txattorneygroup.com
*Attorneys for Plaintiff*

*Norman Ray Giles*
Norman Ray Giles

173305040.1

3