UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Robert Harvey, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-00058 |
| | § | |
| William Roy, in his individual | § | |
| capacity; City of Galveston, aka | § | |
| Galveston Fire Department | § | |
| *Defendants*. | § | |

ORDER

Defendants' opposed motion to exclude, or alternatively limit, the testimony

of Kelly Couch is **GRANTED.** It is therefore;

**ORDERED** that Kelly Couch's testimony will not be admitted into evidence

in this litigation.

SIGNED on this ___ day of _____, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE