IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ROBERT HARVEY,                          §
    *Plaintiff*,                         §
                                        §
v.                                      §    Civil Action No. 3:25-cv-00058
                                        §
WILLIAM ROY, individually;              §
and CITY OF GALVESTON a/k/a             §
GALVESTON FIRE DEPARTMENT,              §
    *Defendants*.                       §

## <u>ORDER</u>

The Court, having considered the Defendants' motion to exclude undisclosed expert opinion testimony, finds the motion should be **GRANTED**.

It is therefore **ORDERED** that testimony from Plaintiff's non-retained experts is excluded from admission into evidence in this case.

Signed on Galveston Island this _____ day of _____, 2026.

 

                                  _____
                                  JEFFREY VINCENT BROWN
                                  UNITED STATES DISTRICT JUDGE